1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 448-2900 FAX



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                  ) CASE NO. 2:13-sw-237 EFB
                                        )
SEARCH WARRANTS AUTHORIZED FOR THE      ) ORDER FOR DESTRUCTION OF BULK
PREMISES LOCATED AT:                    ) MARIJUANA SEIZURE
                                        )
4821 Pasarobles Drive,                  )
North Highlands, California 95841       )
                                        )
                                        )
                                        )
                                        )

The United States applied for an order permitting its agents to destroy bulk marijuana that they seized in this matter pursuant to a duly authorized search warrant. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to

///

///

1

1
2  destroy, forthwith, any bulk marijuana seized during the investigation,
3  excepting any marijuana that agents deem necessary to preserve for
4  evidentiary purposes.
5
6
7
8
9  Dated: 4-12-2013

                                HON. EDMUND F. BRENNAN
                                United States Magistrate Judge